FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
480 San Antonio Road, Suite 230
Mountain View, CA 94040
Telephone: (650) 964-8901

Attorney for Plaintiff Farahnaz Tahmasebi

MICHAEL W. FOSTER (State Bar No. 127691)
DANIELLE OCHS-TILLOTSON (State Bar No. 178677)
FOSTER AND ASSOCIATES
610 16TH Street, Suite 310
Oakland, California 94612
Telephone: (510) 763-1900
Facsimile:  (510) 763-5952

Attorneys for Defendant Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 4/12/06*

| | |
|---|---|
| FARAHNAZ TAHMASEBI,<br><br>          Plaintiff,<br><br>     vs.<br><br>SUN MICROSYSTEMS, INC., a California Corporation,<br><br>          Defendant. | Case No. C05 05016 RMW<br><br>**ORDER RE CMC SCHEDULE; SUPPORTING DECLARATION AND STIPULATION**<br><br>Trial Date:  Not Set |

**ORDER RE CMC SCHEDULE; SUPPORTING DECLARATION AND STIPULATION**

# DECLARATION OF DANIELLE OCHS-TILLOTSON
# IN SUPPORT OF PROPOSED ORDER RE CMC SCHEDULE

I, Danielle Ochs-Tillotson, hereby declare as follows:

1. I am an attorney with Foster & Associates representing the defendant in this action and have personal knowledge of the matters set forth herein and could and would testify thereto at any hearing of this matter.

2. This matter is set for an Initial Case Management Conference ("CMC") on April 28, 2006.

3. Due to scheduling conflicts, the parties wish to reschedule the CMC to May 12, 2006.

4. The proposed schedule will not affect the trial date in this matter, which has not yet been set.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this ____ day of April 2006 in Oakland, California.

                                        /S/
                                  Danielle Ochs-Tillotson

**STIPULATION RE PROPOSED ORDER RE CMC SCHEDULE**

For the reasons set forth in the attached Declaration of Danielle Ochs-Tillotson in Support of Proposed Order Re CMC Schedule, plaintiff Farahnaz Tahmasebi and defendant Sun Microsystems, Inc., by and through their counsel, hereby stipulate to reschedule the CMC to May 12, 2006.

The parties respectfully request that the Court issue an Order adopting this schedule.

Dated: April ___, 2006              LAW OFFICES OF FRANK E. MAYO

                                    By:_____/S/_____
                                    Frank E. Mayo
                                    Attorney for Plaintiff


Dated: April ___, 2006              FOSTER & ASSOCIATES

                                    By:_____/S/_____
                                    Danielle Ochs-Tillotson
                                    Attorneys for Defendant

**[ ORDER RE CMC SCHEDULE**

For good cause showing, the Stipulation Re Proposed Order Re CMC Schedule is hereby adopted by the Court as its Order in this matter. The parties are ordered to comply therewith.

Dated: 4/12/06

                                    /s/ Ronald M. Whyte
                                    UNITED STATES DISTRICT COURT JUDGE