MICHAEL W. FOSTER (State Bar No. 127691)
DANIELLE OCHS-TILLOTSON (State Bar No. 178677)
MARIA A. TAHMOURESIE (State Bar No. 214994)
FOSTER AND ASSOCIATES
610 16TH STREET, SUITE 310
OAKLAND, CALIFORNIA 94612
TELEPHONE: (510) 763-1900
FACSIMILE: (510) 763-5952

Attorneys for Defendant
SUN MICROSYSTEMS, INC.

FRANK E. MAYO (STATE BAR #42972)
LAW OFFICE OF FRANK E. MAYO
480 SAN ANTONIO RD., SUITE 230
MOUNTAIN VIEW, CA 94040
TELEPHONE: (650) 964-8901

Attorney for Plaintiff
FARAHNAZ TAHMASEBI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 11/30/06*

| | |
|---|---|
| FARAHNAZ TAHMASEBI, | Case No. C05 05016 RMW |
| Plaintiff, | Date Action Filed: December 5, 2005 |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE; SUPPORTING DECLARATION** |
| SUN MICROSYSTEMS, INC., a California Corporation, | |
| Defendant. | |

## DECLARATION OF DANIELLE OCHS-TILLOTSON
## IN SUPPORT OF PROPOSED ORDER CONTINUING
## FURTHER CASE MANAGEMENT CONFERENCE

I, Danielle Ochs-Tillotson, hereby declare as follows:

1. I am an attorney with Foster & Associates representing defendant Sun Microsystems, Inc. in this action and have personal knowledge of the matters set forth herein and could and would testify thereto at any hearing of this matter.

2. This matter is set for a Further Case Management Conference on December 1, 2006 before this Court.

3. Frank Mayo, attorney for plaintiff Farahnaz Tahmasebi, has informed me that he intends to file a motion to withdraw from this matter as plaintiff's counsel of record (the "Motion").

4. Mr. Mayo represented to me that he would file the Motion sufficiently before the Further Case Management Conference scheduled in this matter for December 1, 2006, such that the Court could consider the issue when determining how to proceed.

5. Recently, Mr. Mayo informed me that due to scheduling conflicts, he did not file the Motion, but will do so on or before December 1, 2006.

6. For these reasons, Mr. Mayo and I have agreed to request that the Further Case Management Conference be continued to a date on or after the Court has ruled on the Motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 29th day of Novmber 2006 in Oakland, California.

_D. Ochs-Tillotson_
Danielle Ochs-Tillotson

## STIPULATION RE CONTINUING FURTHER CASE MANAGEMENT CONFERENCE

For the reasons set forth in the attached Declaration of Danielle Ochs-Tillotson in Support of Proposed Order Continuing Further Case Management Conference, plaintiff Farahnaz Tahmasebi and defendant Sun Microsystems, Inc., by and through their counsel, hereby stipulate to request that the Further Case Management Conference set in this matter for December 1, 2006 be continued to a date on or after the Court has ruled on plaintiff's counsel Frank Mayo's Motion to Withdraw. The parties respectfully request that the Court issue an Order adopting this schedule.

SO STIPULATED.

Dated: November 29, 2006

FOSTER & ASSOCIATES

*/s/ D. Ochs Tillotson*
MICHAEL W. FOSTER
DANIELLE OCHS-TILLOTSON
Attorneys for Defendant
SUN MICROSYSTEMS, INC.

Dated: November 29, 2006

LAW OFFICE OF FRANK E. MAYO

*/s/ Frank E. Mayo*
FRANK E. MAYO
Attorney for Plaintiff
FARAHNAZ TAHMASEBI

---

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE; SUPPORTING DECLARATION

# [~~PROPOSED~~] ORDER CONTINUING
# FURTHER CASE MANAGEMENT CONFERENCE

For good cause showing, the Stipulation Re Continuing Further Case Management Conference is hereby adopted by the Court as its Order in this matter. A Further Case Management Conference will be held on __2/23/07__ at _10:30_ in Department _6_ of this Court. The parties are ordered to comply therewith.

Dated:   11/30/06

                                   /s/ Ronald M. Whyte
                                   UNITED STATES DISTRICT COURT JUDGE