**E-FILED on**    2/7/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FARAHNAZ TAHMASEBI,<br><br>        Plaintiff,<br><br>     v.<br><br>SUN MICROSYSTEMS, INC.<br><br>        Defendant. | No. C-05-05016 RMW<br><br>ORDER RE: PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW<br><br>**[Re: Docket No. 24]** |

     Plaintiff Farahnaz Tahmasebi's counsel of record, Frank E. Mayo, who moved for an order permitting him to withdraw as counsel for plaintiff, asked at the January 26, 2007 hearing on the matter that the motion be removed from the calendar so that the parties can proceed with a settlement conference before Judge Lloyd. Pursuant to that request, the court hereby removes Mr. Mayo's motion to withdraw from the court's calendar. If renewed, Mr. Mayo must re-notice this motion.

DATED:    2/7/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER RE: PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW – No. C-05-05016 RMW
MAG

**A copy of this order was mailed to:**

**Plaintiff:**
Farahnaz Tahmasebi
4580 Terra Place
San Jose, CA 95121

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**
Frank O. Mayo            fmayolaw@aol.com

**Counsel for Defendant:**

Michael W. Foster        mfoster@fosterlaborlaw.com
Danielle Ochs-Tillotson  dot@fosterlaborlaw.com

Date:  2/7/07                          /s/ MAG
                              Chambers of Judge Whyte