1   MICHAEL W. FOSTER (State Bar No. 127691)
    DANIELLE OCHS-TILLOTSON (State Bar No. 178677)
2   MADELYN G. JORDAN-DAVIS (State Bar No. 181771)
    FOSTER AND ASSOCIATES
3   610 16TH STREET, SUITE 310
    OAKLAND, CALIFORNIA 94612
4   TELEPHONE: (510) 763-1900
    FACSIMILE:  (510) 763-5952
5
    Attorneys for Defendant
6   SUN MICROSYSTEMS, INC.

7   FRANK E. MAYO (STATE BAR #42972)
    LAW OFFICE OF FRANK E. MAYO
8   480 SAN ANTONIO RD., SUITE 230
    MOUNTAIN VIEW, CA 94040
9   TELEPHONE: (650) 964-8901

10  Attorney for Plaintiff
    FARAHNAZ TAHMASEBI
11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                                    *E-FILED - 2/22/07*

15  FARAHNAZ TAHMASEBI,          )   Case No. C05 05016 RMW
                                 )
16              Plaintiff,       )   Date Action Filed:  December 5, 2005
                                 )
17        vs.                    )
                                 )   STIPULATION AND xxxxxxxxxxxxxxx
18  SUN MICROSYSTEMS, INC., a    )   ORDER CONTINUING FURTHER CASE
    California Corporation,       )   MANAGEMENT CONFERENCE;
19                               )   SUPPORTING DECLARATION
                Defendant.       )
20                               )
                                 )
21                               )
                                 )
22                               )
                                 )
23  _____  )

24

25

26

27

28

FOSTER & ASSOCIATES
ATTORNEYS AT LAW
610 – 16TH STREET · SUITE 310 · OAKLAND, CALIFORNIA 94612
TEL: (510) 763-1900 · FAX: (510) 763-5952

**DECLARATION OF MADELYN G. JORDAN-DAVIS
IN SUPPORT OF PROPOSED ORDER CONTINUING
FURTHER CASE MANAGEMENT CONFERENCE**

I, Madelyn G. Jordan-Davis, hereby declare as follows:

1.      I am an attorney with Foster & Associates representing defendant Sun Microsystems, Inc. in this action and have personal knowledge of the matters set forth herein and could and would testify competently thereto at any hearing of this matter.

2.      This matter is set for a Further Case Management Conference on February 23, 2007 before this Court.

3.      On April 6, 2007, the parties are scheduled to participate in a settlement conference before Magistrate Judge Howard R. Lloyd.

4.      In consideration of the upcoming settlement discussions, the parties have agreed that a Further Case Management Conference would be most useful once the Settlement Conference is concluded.

5.      For the foregoing reasons, the parties have agreed to request that the Further Case Management Conference be continued to April 20, 2007 or to such other date as the court may have available after the April 6, 2007 settlement conference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 21 day of February in Oakland, California.


Madelyn G. Jordan-Davis

**STIPULATION AND xxxxxxxxxxxxx ORDER CONTINUING FURTHER
CASE MANAGEMENT CONFERENCE; SUPPORTING DECLARATION**

## STIPULATION RE CONTINUING
## FURTHER CASE MANAGEMENT CONFERENCE

For the reasons set forth in the attached Declaration of Madelyn G. Jordan-Davis in Support of Proposed Order Continuing Further Case Management Conference, plaintiff Farahnaz Tahmasebi and defendant Sun Microsystems, Inc., by and through their counsel, hereby stipulate to request that the Further Case Management Conference set in this matter for February 23, 2007 be continued to April 20, 2007 or to such other date as the Court has available after the parties April 6, 2007 settlement conference. The parties respectfully request that the Court issue an Order adopting this schedule.

SO STIPULATED.

Dated: February 21, 2007

FOSTER & ASSOCIATES

MICHAEL W. FOSTER
DANIELLE OCHS-TILLOTSON
MADELYN JORDAN-DAVIS
Attorneys for Defendant
SUN MICROSYSTEMS, INC.

Dated: February 21, 2007

LAW OFFICE OF FRANK E. MAYO

FRANK E. MAYO
Attorney for Plaintiff
FARAHNAZ TAHMASEBI

1

xxxxxxxxxxxxxxx **ORDER CONTINUING**
**FURTHER CASE MANAGEMENT CONFERENCE**

2

3

    For good cause showing, the Stipulation Re Continuing Further Case Management

4

Conference is hereby adopted by the Court as its Order in this matter.  A Further Case

5

Management Conference will be held on 4/20/07          at 10:30 am in Department 6  of this Court.

6

The parties are ordered to comply therewith.

7

8

Dated: 2/22/07

9

*Ronald M. Whyte*

10

UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [xxxxxxxxxxxx ORDER CONTINUING FURTHER**
**CASE MANAGEMENT CONFERENCE; SUPPORTING DECLARATION**